UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Willmann,

      Plaintiff,

v.                                                   Case No. 12-10816

IHC, Inc., a Michigan corporation,         Honorable Sean F. Cox

      Defendant.                         Magistrate Judge Mark A. Randon
_____/

## ORDER ON PENDING DISCOVERY MOTIONS (DKT. NOS. 26 AND 28)

This matter is before the Court on two motions: (1) Defendant's Motion to Compel Discovery and for Attorney Fees (Dkt. No. 26); and (2) Plaintiff's Motion to Strike Defendant's Objections and Compel Discovery (Dkt. No. 28). The Court reviewed the parties' submissions (Dkt. Nos. 26, 27, 28, 32, 33 and 34); a phone conference was held on November 19, 2012. Being otherwise fully advised, the Court orders as follows:

With respect to Defendant's motion:

1. **Interrogatory No. 13**
Plaintiff shall describe any and all formal discipline (oral or written) received from his employer immediately prior to Defendant and during his employment with Defendant.

2. **Interrogatory No. 15**
Plaintiff shall provide his e-mail address.

3. **Interrogatory No. 25**
Plaintiff shall submit an amended response adding the words "at this time" to the beginning of the response.

With respect to Plaintiff's motion:

1. **Interrogatory 7**
Defendant shall respond to this interrogatory.

2. **Interrogatories 10 and 11**
Defendant shall answer this interrogatory, limited to other management employees.

3. **Document Requests 15-18, 20-28**

Defendant shall confirm that there are no documents responsive to these interrogatories other than the previously referenced affidavits.

4. **Document Request 19**

Defendant shall respond to this request, limited to "negative or positive" performance.

No further response is required of either party at this time; no costs or attorney fees are imposed.

**IT IS ORDERED**.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: November 29, 2012

<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 29, 2012, by electronic and/or ordinary mail.*

*s/Melody Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*